UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLI L. THORNE,

      Plaintiff,                                      Case No. 1:05-CV-626

v.                                                       Hon. Gordon J. Quist

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has before it Magistrate Judge Brenneman's Report and Recommendation issued January 17, 2007, in which he recommended that Plaintiff's application for attorney fees and costs be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation issued January 17, 2007, is approved and adopted as the Opinion of the Court, and Plaintiff's Application For Attorney Fees And Costs Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412 (docket no. 12) is **GRANTED**. Counsel is hereby awarded attorney fees in the amount of $3,701.25 and costs in the amount of $250.00, for a total award of $3,951.25.

Dated: February 14, 2007                                              /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE